No. 6228.

SAMUEL F. TICKNOR vs. M. M. A. CALHOUN.

A curator *ad hoc* can not directly or indirectly waive citation.

APPEAL from the Ninth Judicial District Court, parish of Grant. *Orsborn, J.* Jury trial. *R. J. Bowman* and *R. A. Hunter*, for plain-

tiff and appellee. *A. Cazabat,* curator *ad hoc,* for defendant and appellant.

LUDELING, C. J. This is an attachment suit against a non-resident. The curator *ad hoc* filed an answer and exceptions, and after trial and judgment it was discovered that no evidence of the citation of the absentee had been made, and although both parties had asked for a new trial, on different grounds, the court *a qua* refused it.

So far as this record shows, the absentee has not been cited. The curator *ad hoc* can not, directly or indirectly, *waive citation.*

It is therefore ordered that the judgment of the lower court be reversed, and that the case be remanded to be proceeded with according to law.